UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD KRANTZ, Derivatively On Behalf of Nominal Defendant CVS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> THOMAS M. RYAN, DAVID B. RICKARD, THOMAS P. GERRITY, STANLEY P. GOLDSTEIN, MARIAN L. HEARD, TERRY R. LAUTENBACH, TERENCE MURRAY, SHELI Z. ROSENBERG, and WILLIAM H. JOYCE, <br><br> Defendants, <br><br> and <br><br> CVS CORPORATION, <br><br> Nominal Defendant. | Civil Action No. 04-12650 REK |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The undersigned Susan E. Stenger and Perkins Smith & Cohen LLP hereby withdraw their appearance for plaintiff in this matter. Successor counsel, Laurence Cote, is filing his appearance simultaneously. There are no hearings or other matters yet

scheduled in this case.

                                  Respectfully submitted,

                                  **PERKINS SMITH & COHEN LLP,**

By: _____
                                  Susan E. Stenger
                                  BBO #555552
                                  One Beacon Street, 30th Fl.
                                  Boston, MA 02108-3106
                                  Tel:  617-854-4000
                                  Fax:  617-854-4040