UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD KRANTZ, Derivatively On Behalf of Nominal Defendant CVS CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>THOMAS M. RYAN, DAVID B. RICKARD, THOMAS P. GERRITY, STANLEY P. GOLDSTEIN, MARIAN L. HEARD, TERRY R. LAUTENBACH, TERENCE MURRAY, SHELI Z. ROSENBERG, and WILLIAM H. JOYCE,<br><br>        Defendants,<br><br>and<br><br>CVS CORPORATION,<br><br>        Nominal Defendant. | Civil Action No. 04-12650 REK |

**NOTICE OF APPEARANCE**

Please enter my appearance for the plaintiff. I am replacing Perkins Smith & Cohen LLP as counsel for the plaintiff.

Respectfully submitted,

date: 12/28/04

LAURENCE COTE, BBO #553816
63 Chatham Street, 3rd floor
Boston, MA 02109
Tel: 617-557-0003
Fax: 617-742-1506