**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

```
_____
RICHARD KRANTZ, Derivatively on      )
Behalf of Nominal Defendant CVS      )
CORPORATION,                         ) Civil Action No.
                                     ) 04-12650(REK)
            Plaintiff,               )
                                     )
     v.                              )
                                     )
THOMAS M. RYAN, DAVID B. RICKARD,    )
THOMAS P. GERRITY, STANLEY P. GOLDSTEIN,)
MARIAN L. HEARD, TERRY R. LAUTENBACH,)
TERENCE MURRAY, SHELI Z. ROSENBERG,  )
and WILLIAM H. JOYCE,                )
                                     )
            Defendants,              )
                                     )
         and                         )
                                     )
CVS CORPORATION,                     )
                                     )
            Nominal Defendant.       )
_____)
```

**PLAINTIFF'S RESPONSE TO DEFENDANTS'**
**MOTION TO REDESIGNATE ACTION AS A RELATED CASE**

Plaintiff does not oppose defendants' motion to redesignate this action as a related case to <u>In re CVS Corp. Securities Litig.</u>, C.A. No. 01-11464-JLT (the "Securities Action") and <u>Fescina v. CVS Corp., et al.</u>, C.A. No. 04-12309-JLT (the "ERISA Action"), both presently pending before the Honorable Joseph L. Tauro. To the extent defendants' counsel states that plaintiff

previously opposed this motion, that was a miscommunication.

Dated: February 28, 2005

                                       Respectfully submitted,

                            By:  S/Laurence Cote
                                  Laurence Cote
                                  63 Chatham Street, 3rd Floor
                                  Boston, MA 02109
                                  Tel.: (617) 557-0003
                                  Fax:  (617) 742-1506

                                  **WECHSLER HARWOOD LLP**
                                  Robert I. Harwood
                                  Samuel K. Rosen
                                  488 Madison Avenue
                                  New York, NY 10022
                                  Tel.:  (212) 935-7400
                                  Fax:   (212) 753-3630

                                  Attorneys for Plaintiff
                                  Richard Krantz

**CERTIFICATE OF SERVICE**

      I, Laurence Cote, hereby certify that I am not a party to the action, am over the age of eighteen years, and that on February 28, 2005, true and correct copies of the forgoing **PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO REDESIGNATE ACTION AS A RELATED CASE** were served by first class mail, postage pre-paid, to the below-named counsel:

| | |
|---|---|
| Deborah Clark-Weintraub, Esq.<br>Milberg Weiss Bershad & Schulman LLP<br>One Pennsylvania Plaza<br>New York, NY 10119 | Karen L. Morris, Esq.<br>Morris and Morris, LLC<br>1105 North Market Street<br>Suite 803 Wilmington, Delaware 19801 |
| Dennis Glazer, Esq.<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, New York 10017 | Katherine M. Ryan, Esq.<br>Schiffrin & Barroway, LLP<br>280 King of Prussia Road<br>Radnor, PA 19087 |
| Michael Gardner, Es<br>Mintz, Levin, Cohn, Ferris,<br>  Glovsky and Popeo, P.C.<br>One Financial Center<br>Boston, Massachusetts 02111 | Deborah R. Gross, Esq.<br>Law Office of Bernard M. Gross, P.C.<br>1515 Locust Street, 2nd Floor<br>Philadelphia, PA 19102 |

                                                        S/Laurence Cote
                                                         Laurence Cote