UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------ x
                                     )
RICHARD KRANTZ, derivatively on behalf of  )
Nominal Defendant CVS CORPORATION,   )
                                     )
              Plaintiff,             )
                                     )
v.                                   )
                                     )
THOMAS M. RYAN, DAVID B. RICKARD,    )
THOMAS P. GERRITY, STANLEY P.        )  C.A. No. 04-12650 REK
GOLDSTEIN, MARIAN L. HEARD, TERRY    )
R. LAUTENBACH, TERRENCE MURRAY,      )
SHELI Z. ROSENBERG, and WILLIAM H.   )
JOYCE,                               )
                                     )
              Defendants,            )
and                                  )
                                     )
CVS CORPORATION,                     )
                                     )
              Nominal Defendant.     )
------------------------------------ x
```

## DEFENDANTS' MOTION TO DISMISS

Defendants CVS Corporation ("CVS"), Thomas M. Ryan, David B. Rickard, Thomas P. Gerrity, Stanley P. Goldstein, Marian L. Heard, Terrence Murray, Sheli Z. Rosenberg and William H. Joyce respectfully move to dismiss the verified derivative complaint dated December 17, 2004 (the "Complaint") pursuant to (i) Federal Rule of Civil Procedure 23.1, because Plaintiff has failed to make a pre-suit demand or to allege that any facts suggesting that a pre-suit demand would have been futile, (ii) pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted, and (iii) pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction.

Defendants have filed herewith the Declaration of Michael S. Gardener dated March 18, 2005.

Defendants have also filed herewith a memorandum of law in support of their motion, which they incorporate as though fully set forth herein.

### REQUEST FOR ORAL ARGUMENT

Defendants respectfully request that the Court schedule a conference to hear oral argument on their motion.

WHEREFORE, for all the reasons stated above and in the accompanying memorandum of law, Defendants respectfully request that the Court grant this motion to dismiss the Complaint.

Dated: Boston, Massachusetts
       March 18, 2005

Respectfully submitted,

Of Counsel:

Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017
(212) 450-4000

Michael S Gardener, BBO #185040
Mintz, Levin, Cohn, Ferris, Glovsky
  and Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000

*Attorneys for Defendants*

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail/hand on 3/18/05

## RULE 7.1A(2) CERTIFICATE

I have conferred with Samuel Rosen, counsel for Plaintiff. I understand that Plaintiff intends to oppose Defendants' motion to dismiss.

_____
Trisha Lawson
Attorney for Defendants

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail/hand on _____

_____