UNITED STATES DISTRICT COURT,
EASTERN DISTRICT MASSACHUSETTS

|  |  |
|---|---|
| RICHARD KRANTZ, Derivatively on Behalf of Nominal Defendant CVS CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>THOMAS M. RYAN, DAVID B. RICKARD, THOMAS P. GERRITY, STANLEY P. GOLDSTEIN, MARIAN L. HEARD, TERRY R. LAUTENBACH, TERENCE MURRAY, SHELI Z. ROSENBERG, and WILLIAM H. JOYCE,<br><br>        Defendants,<br><br>    and<br><br>CVS CORPORATION,<br><br>        Nominal Defendant. | Civil Action<br>No. 04-12650 REK |

**MOTION FOR ADMISSION *PRO HAC VICE***

NOW COMES the plaintiff, through his attorney and pursuant to Local Rule 83.5.3(b), and respectfully requests this Honorable Court grant attorneys Robert I. Harwood and Samuel K. Rosen leave to practice before it *pro hac vice*, saying in support thereof as follows:

    1.    The above-captioned matter is a shareholder's derivative action in which the plaintiff seeks relief for alleged breaches of fiduciary duty by the individual defendants, board members and

executive officers of the nominal defendant corporation.

2. The plaintiff would like Robert I. Harwood and Samuel K. Rosen to represent him in this matter.

3. Attorney Laurence Cote, a member of the Massachusetts Bar, admitted to practice before this Court, has filed an Appearance for the plaintiff.

4. Attorney Harwood is a member in good standing of the New York Bar and is admitted to practice before the courts of the State of Virginia, The Supreme Court of Virginia, the courts of the State of New York, Appellate Division First Dept, New York Court of Appeals, US District Court S.D.N.Y., US District Court E.D.N.Y., Second Circuit Court of Appeals, Seventh Circuit Court of Appeals, Sixth Circuit Court of Appeals, Court of International Trade, 9th Circuit Court of Appeals, US District Court E.D. Wisconsin, US District Court D. Colorado, Fourth Circuit Court of Appeals, Third Circuit Court of Appeals, Fifth Circuit Court of Appeals, and First Circuit Court of Appeals.

5. Attorney Harwood is familiar with the Local Rules for the United States District Court for the District of Massachusetts, and has not been previously admitted, *pro hac vice*, for cases herein.

6. Attorney Rosen is a member in good standing of the New York Bar and is admitted to practice before the United States District Court for the Southern and Eastern Districts of New York, the United

States Court of Appeals for the Second Circuit, the United States Court of International Trade, the United States Court of Appeals for the Federal Circuit, and the United States Supreme Court.

7. Attorney Rosen is familiar with the Local Rules for the United States District Court for the District of Massachusetts, and has not been previously admitted, *pro hac vice*, for cases herein.

8. Mr. Cote will accompany Messrs. Harwood and Rosen at all court appearances made in this matter to the extent the Court requires.

9. Granting this motion will neither prejudice the rights of any party nor unduly delay its resolution.

10. Denying this motion will prejudice the rights of the plaintiff by depriving him of a reasonable opportunity to be represented by counsel of his choice.

11. This motion is supported by the certificates of Robert I. Harwood and Samuel K. Rosen filed herewith pursuant to Local Rule 83.5.3(b).

WHEREFORE the plaintiff Richard Krantz respectfully requests that this Honorable Court:

    A. Grant Robert I. Harwood and Samuel I. Harwood leave to practice before it *pro hac vice*; and

B. Grant such other and further relief as may be just.

Dated: April 6, 2005                    Respectfully submitted,

                                        RICHARD KRANTZ,
                                        Derivatively on Behalf of Nominal
                                        Defendant CVS CORPORATION
                                        by his attorney

                                    /s/_____
                                        Laurence Cote BBO#553816
                                        63 Chatham Street, 3rd Floor
                                        Boston, MA  02109
                                        (617)-557-0003

### Certificate of Concurrence

I hereby certify pursuant to Local Rule 7.1(A)(2) that I have conferred with Trisha Lawson, counsel all counsel of record for all individual defendants except Terry Lautenbach, whom undersigned counsel believes to be deceased. Attorney Lawson indicates that she does not oppose the granting of this motion.

                                    /s/_____
                                        Laurence Cote


### Memorandum of Law

Whereas the relief sought is within the sound direction of the Court, a Supporting Memorandum of Law is not required or filed herewith.

                                    /s/_____
                                        Laurence Cote

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                          )
RICHARD KRANTZ, Derivatively on           )
Behalf of Nominal Defendant CVS           )
CORPORATION,                              )   Civil Action No.
                                          )   04-12650 REK
            Plaintiff,                    )
                                          )
     v.                                   )
                                          )
THOMAS M. RYAN, DAVID B. RICKARD,         )
THOMAS P. GERRITY, STANLEY P. GOLDSTEIN,  )
MARIAN L. HEARD, TERRY R. LAUTENBACH,     )
TERENCE MURRAY, SHELI Z. ROSENBERG,       )
and WILLIAM H. JOYCE,                     )
                                          )
            Defendants,                   )
                                          )
     and                                  )
                                          )
CVS CORPORATION,                          )
                                          )
            Nominal Defendant.            )
_____ )

**CERTIFICATE OF SAMUEL K. ROSEN PURSUANT TO LOCAL RULE 83.5.3(b)**

I, the undersigned Samuel K. Rosen, hereby certify pursuant to Local Rule 83.5.3(b) that the following is true to the best of my personal knowledge:

1. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice;

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and

3. I am familiar with the Local Rules of the Unites States District Court For the District of Massachusetts.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 31st DAY OF March 2005.

_____
Samuel K. Rosen

```
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
_____
RICHARD KRANTZ, Derivatively on        )
Behalf of Nominal Defendant CVS        )
CORPORATION,                           )   Civil Action No.
                                       )   04-12650 REK
            Plaintiff,                 )
                                       )
      v.                               )
                                       )
THOMAS M. RYAN, DAVID B. RICKARD,      )
THOMAS P. GERRITY, STANLEY P. GOLDSTEIN,)
MARIAN L. HEARD, TERRY R. LAUTENBACH,  )
TERENCE MURRAY, SHELI Z. ROSENBERG,    )
and WILLIAM H. JOYCE,                  )
                                       )
            Defendants,                )
                                       )
      and                              )
                                       )
CVS CORPORATION,                       )
                                       )
            Nominal Defendant.         )
_____)
```

**CERTIFICATE OF ROBERT I. HARWOOD PURSUANT TO LOCAL RULE 83.5.3(B)**

I, the undersigned Robert I. Harwood, hereby certify pursuant to Local Rule 83.5.3(b) that the following is true to the best of my personal knowledge:

1. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice;

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and

3. I am familiar with the Local Rules of the Unites States District Court For the District of Massachusetts.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 4th DAY OF APRIL 2005.

_____
Robert I. Harwood