# DAVIS POLK & WARDWELL

| 1300 I STREET, N.W. | 450 LEXINGTON AVENUE | MESSETURM |
| WASHINGTON, D.C. 20005 | NEW YORK, N.Y. 10017 | 00308 FRANKFURT AM MAIN |
| | 212 450 4000 | |
| 1600 EL CAMINO REAL | FAX 212 450 3800 | MARQUES DE LA ENSENADA, 2 |
| MENLO PARK, CA 94025 | | 28004 MADRID |
| | WRITER'S DIRECT | |
| 99 GRESHAM STREET | | 1-6-1 ROPPONGI |
| LONDON EC2V 7NG | 212 450 6083 | MINATO-KU, TOKYO 106-6033 |
| | | |
| 15, AVENUE MATIGNON | | 3A CHATER ROAD |
| 75008 PARIS | | HONG KONG |

March 16, 2005

Re: Krantz v. Ryan, et al., C.A. No. 04-12650-REK

Samuel K. Rosen
Wechsler Harwood
488 Madison Avenue, 8th Floor
New York, New York 10022

Dear Sam:

This letter is to confirm our revised agreement regarding a briefing schedule in the above-referenced action. Defendants will have until March 18, 2005 to answer, move or otherwise respond to the complaint. Plaintiff will have until April 18, 2005 to file any opposition, and defendants will have until May 2, 2005 to file a reply.

If you have any questions, please contact me at the number above.

Very truly yours,

Trisha Lawson

By Facsimile

```
                    UNITED STATES DISTRICT COURT,
                    EASTERN DISTRICT MASSACHUSETTS
_____
                                    )
RICHARD KRANTZ, Derivatively on     )   Civil Action
Behalf of Nominal Defendant CVS     )   No. 04-12650 REK
CORPORATION,                        )
                                    )
            Plaintiff,              )
                                    )
       v.                           )
                                    )
THOMAS M. RYAN, DAVID B. RICKARD,   )
THOMAS P. GERRITY, STANLEY P. GOLDSTEIN,)
MARIAN L. HEARD, TERRY R. LAUTENBACH,)
TERENCE MURRAY, SHELI Z. ROSENBERG, )
and WILLIAM H. JOYCE,               )
                                    )
            Defendants,             )
                                    )
       and                          )
                                    )
CVS CORPORATION,                    )
                                    )
            Nominal Defendant.      )
_____)
```

**PLAINTIFF'S ASSENTED-TO MOTION TO EXTEND RESPONSE DEADLINES REGARDING DEFENDANTS' MOTION TO DISMISS**

NOW COMES the plaintiff, through his attorney, and respectfully requests this Honorable Court extend the time by which plaintiff must respond to defendants' motion to dismiss, saying in support thereof as follows:

1.  The above-captioned matter is a shareholder's derivative action in which the plaintiff seeks relief for alleged breaches of fiduciary duty by the individual defendants, board members and executive officers of the nominal defendant corporation.

2.  The defendants have filed a motion to dismiss.

3. Following ongoing discussions regarding the motion to dismiss, counsel for the parties have agreed that the plaintiff should be allowed until April 18, 2005 to respond to the motion to dismiss and that the defendants shall have until May 2, 2005 to reply.

4. The plaintiff files herewith an accurate copy of a March 16, 2005 letter between counsel confirming their agreement regarding these deadlines.

5. Granting this motion will neither prejudice the rights of either party nor unduly delay its resolution.

6. Denying this motion will prejudice the rights of the plaintiff by depriving him of a reasonable opportunity to respond to the motion to dismiss.

WHEREFORE the plaintiff Richard Krantz respectfully requests that this Honorable Court:

A.   Grant the plaintiff until April 18, 2005 to respond to defendants' motion to dismiss;

B.   Grant the defendants until May 2, 2005 to reply; and

C. Grant such other and further relief as may be just.

Dated: April 7, 2005

Respectfully submitted
RICHARD KRANTZ,
Derivatively on Behalf of
Nominal Defendant CVS
CORPORATION
by his attorney
/s/ Laurence Cote
BBO#553816
63 Chatham Street, 3rd floor
Boston, MA 02109
(617)-557-0003

2

<u>Certificate of Concurrence</u>

I hereby certify pursuant to Local Rule 7.1(A)(2) that I have conferred with Michael Gardener, counsel for all individual defendants with the exception of Terry R. Lautenbach whom undersigned counsel believes is deceased. Attorney Gardener indicates his assent to the granting of this motion.

<u>/s/ Laurence Cote</u>

<u>Memorandum of Law</u>

Whereas the relief sought is within the sound direction of the Court, a Supporting Memorandum of Law is not required or filed herewith.

<u>/s/ Laurence Cote</u>