```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT MASSACHUSETTS


_____
                                        )
RICHARD KRANTZ, Derivatively on         )
Behalf of Nominal Defendant CVS         )
CORPORATION,                            )   Civil Action
                                        )   No. 04-12650 REK
            Plaintiff,                  )
                                        )
      v.                                )
                                        )
THOMAS M. RYAN, DAVID B. RICKARD,       )
THOMAS P. GERRITY, STANLEY P. GOLDSTEIN,)
MARIAN L. HEARD, TERRY R. LAUTENBACH,   )
TERENCE MURRAY, SHELI Z. ROSENBERG,     )
and WILLIAM H. JOYCE,                   )
                                        )
            Defendants,                 )
                                        )
      and                               )
                                        )
CVS CORPORATION,                        )
                                        )
            Nominal Defendant.          )
_____)
```

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and among the attorneys for the parties, (other than Terry R. Lautenbach), in the above-captioned action as follows:

   1.   Plaintiff shall file an Amended Complaint on or prior to May 10, 2005;

   2.   Plaintiff shall voluntarily dismiss Terry R. Lautenbach, deceased, from the Amended Complaint;

3. Defendants shall have until June 10, 2005 to respond to the Amended Complaint;

4. If the defendants move to dismiss the Amended Complaint, plaintiff shall have until July 8, 2005 to respond to said motion and defendants will have until July 22, 2005 to file any reply with respect thereto.

Dated: April 15, 2005          Respectfully submitted,

                               RICHARD KRANTZ
                               By his attorney:

                               /s/Laurence Cote
                               BBO# 553816
                               63 Chatham Street, 3rd Floor
                               Boston, MA 02109
                               (617) 557-0003


                               DEFENDANTS OTHER THAN
                               TERRY R. LAUTENBACH
                               By their attorney

                               /s/Michael Gardner
                               BBO# 185040
                               MINTZ LEVIN COHN FERRIS
                               GLOVSKY and POPEO P.C.
                               One Financial Center
                               Boson, MA 02111
                               (617) 348-1642


SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE