✎AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

RICHARD KRANTZ, Derivatively on Behalf
of Nominal Defendant CVS CORPORATION,
                  Plaintiff,
            v.
THOMAS M. RYAN, et al.,
               Defendants,
 - and -
CVS CORPORATION,
             Nominal Defendant.

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Plaintiff Richard Krantz

I certify that I am admitted to practice in this court.

/s/ Robert I. Harwood

Date

Signature

Print Name      Bar Number

Address

City      State      Zip Code

Phone Number      Fax Number

## **CERTIFICATE OF SERVICE**

      I, Taras A. Sawchuk, hereby certify that I am not a party to the action, am over the age of eighteen years, and that on May 26, 2005, the forgoing **APPEARANCE** was served by electronic filing or by other means prescribed by Federal or Local Rules &/or by first class mail, postage pre-paid upon the below-named counsel:

Deborah Clark-Weintraub, Esq.
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza
New York, NY 10119

Dennis Glazer, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017

Michael Gardner, Esq.
Mintz, Levin, Cohn, Ferris,
  Glovsky and Popeo, P.C.
One Financial Center
Boston, Massachusetts 02111

Karen L. Morris, Esq.
Morris and Morris, LLC
1105 North Market Street
Suite 803 Wilmington, Delaware 19801

Katherine M. Ryan, Esq.
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087

Deborah R. Gross, Esq.
Law Office of Bernard M. Gross, P.C.
1515 Locust Street, 2nd Floor
Philadelphia, PA 19102


                                      /s/ Taras A. Sawchuk
                                        Taras A. Sawchuk