AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

|  | DISTRICT OF | MASSACHUSETTS |

RICHARD KRANTZ, Derivatively on Behalf
of Nominal Defendant CVS CORPORATION,
                Plaintiff,
                  v.
THOMAS M. RYAN, et al.,
                Defendants,
 - and -
CVS CORPORATION,
                Nominal Defendant.

**APPEARANCE**

Case Number:  Civil Action 04-12650 REK

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for   Plaintiff Richard Krantz

    I certify that I am admitted to practice in this court.

| 5/26/2005 | Samuel K. Rosen | /s/ Samuel K. Rosen |
|---|---|---|
| Date | Signature | |
| | Samuel K. Rosen | Pro Hac Vice |
| | Print Name | Bar Number |
| | Wechsler Harwood LLP, 488 Madison Avenue, Suite 801 | |
| | Address | |
| | New York | NY | 10022-5726 |
| | City | State | Zip Code |
| | (212) 935-7400 | (212) 753-3630 |
| | Phone Number | Fax Number |

## CERTIFICATE OF SERVICE

I, Taras A. Sawchuk, hereby certify that I am not a party to the action, am over the age of eighteen years, and that on June 7, 2005, the forgoing **APPEARANCE** was served by electronic filing or by other means prescribed by Federal or Local Rules &/or by first class mail, postage pre-paid upon the below-named counsel:

Deborah Clark-Weintraub, Esq.
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza
New York, NY 10119

Dennis Glazer, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017

Michael Gardner, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, Massachusetts 02111

Karen L. Morris, Esq.
Morris and Morris, LLC
1105 North Market Street
Suite 803 Wilmington, Delaware 19801

Katherine M. Ryan, Esq.
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087

Deborah R. Gross, Esq.
Law Office of Bernard M. Gross, P.C.
1515 Locust Street, 2nd Floor
Philadelphia, PA 19102

/s/ Taras A. Sawchuk
Taras A. Sawchuk