S

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD KRANTZ, Derivatively on Behalf of Nominal Defendant CVS CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>THOMAS M. RYAN, DAVID B. RICKARD, THOMAS P. GERRITY, STANLEY P. GOLDSTEIN, MARIAN L. HEARD, TERRY R. LAUTENBACH, TERENCE MURRAY, SHELI Z. ROSENBERG, and WILLIAM H. JOYCE,<br><br>        Defendants,<br><br>    and<br><br>CVS CORPORATION,<br><br>        Nominal Defendant. | No. C.A. No. 01-11464-JLT |

## DERIVATIVE PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

For the reasons set forth in detail in the accompanying Memorandum of Law, plaintiff Richard Krantz, on behalf of himself and derivatively on behalf of nominal defendant CVS Corporation ("CVS" or the "Company"), hereby moves this Court for an Order in the form annexed as Exhibit A to the Stipulation of Settlement filed contemporaneously herewith: (i) preliminarily approving the proposed settlement of the captioned action; (ii) approving the form and manner of providing notice of the proposed settlement to

the CVS shareholders; and (iii) scheduling a hearing to consider the final approval of the proposed settlement.

WHEREFORE, for the reasons set forth in detail in the accompanying Memorandum of Law, plaintiff respectfully requests that the Court enter an Order in the form annexed as Exhibit A to the Stipulation of Settlement.

DATED: June 7, 2005

Respectfully submitted,

WECHSLER HARWOOD LLP

By: *(signature)*
Robert I. Harwood
Samuel K. Rosen
488 Madison Avenue
New York, NY 10040
Tel.: (212) 935-7400
Fax: (212) 753-3630

Laurence Cote
63 Chatham Street, 3rd Floor
Boston, MA 02109
Tel.: (617) 557-0003
Fax:  (617) 742-1506

Attorneys for Plaintiff