# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

RE:    Civil No.   **04-12650**

    Title:   **Richard Krantz   v.   Thomas M. Ryan, et al.**

### N O T I C E

       Please take notice that the above-entitled case previously assigned to

Judge **Keeton** has been transferred to Judge **Tauro** for all further

proceedings.  From this date forward the case number on all pleadings should be

followed by the initials **JLT**.

       Thank you for your cooperation in this matter.

                       SARAH A. THORNTON
                       CLERK OF COURT


            By:    /s/ Karen Folan
                  Deputy Clerk

Date:   6/13/05


_____    Please NOTE that the above case has been transferred to the Western
Division in Springfield.  All future filings should be made at the Clerk's
Office, Federal Building & Courthouse, 1550 Main Street, Springfield, MA
01103.

_____    Please NOTE that the above case has been transferred to the Central
Division in Worcester.  All future filings should be made at the Clerk's
Office, U.S. District Court, Room 502, 595 Main Street, Worcester, MA
01608-2076.

Copies to:    Counsel


(Notice of Transfer.wpd - 3/7/2005)