2 Ancient Rubbly Way
Beverly, MA 01915–1565
July 23, 2005

Clerk of the Court
United States District Court
for the District of Massachusetts
One Courthouse Way
Boston, MA 02210

Dear Madam or Sir:

Regarding the suit by plaintiff Richard Krantz against Thomas Ryan et alii, defendents and the CVS Corporation as nominal defendant, we wish to state our opposition to the settlement as provided in No. C.A. No. 01-11464-JLT.

We, the undersigned, are writing on behalf of ourselves as individual owners of CVS Corp common stock. Allan C. Emery III is also writing as lead trustee of the Janet G. Elliott Trust. Lynnea E. Emery owns 400 shares. Allan C. Emery III owns 600 shares. The Janet G. Elliott Trust owns 1600 shares.

We do not believe ourselves qualified to argue the merits of the original action before the court.

It is, however, our lay opinion that while the settlement agreed to by CVS to "adopt meaningful governance reforms" as noted in Appendix A may be an appropriate change to company policy, the financial aspects of the settlement borders on the outrageous and merely takes money from the equity owners of this company to line the pockets of the suing attorneys to the tune of $750,000.

We request the court reduce the attorney's fees to something on the order of $1 to send a clear signal to all who would seek to enrich themselves at the expense of the equity owners of this company should not be rewarded for proceeding with such a flimsy tort case.

Sincerely,

*[signature]*
Lynnea E. Emery

*[signature]*
Allan C. Emery III

*[signature]*
Allan C. Emery III, Trustee, Janet G. Elliott Trust

encl:   proof of ownership Lynnea E. Emery
        proof of ownership Allan C. Emery III
        proof of ownership Janet G. Elliott Trust

# Morgan Stanley

LYNNEA E EMERY
2 ANCIENT RUBBLY WAY

**ACTIVE ASSETS® CHOICE ACCOUNT**
FOR MONTH ENDING JUNE 30, 2005

Account Number
486-028

PAGE 30 OF 37

## Stocks

### Common Stocks

| Unrealized Gain/(Loss) | Quantity | Date Acquired | Unit Cost | Adjusted Total Cost | Market Value | Unrealized Gain/(Loss) | Additional Information |
|---|---|---|---|---|---|---|---|
| ALLIED IRISH BK SPON ADR ORD | | 05-14-03 | 31.45000 | | | | Long Term |
| BP PLC ADS | | 05-14-03 | 40.12000 | | | | Long Term |
| BUNGE LTD | | 05-27-04 | 36.12000 | | | | Long Term |
| CINERGY CORPORATION | | 04-24-03 | 35.56000 | 0 | | | Long Term |
| CONOCOPHILLIPS | | 02-04-03 | 24.25000 | | | | Long Term |
| CVS CORPORATION | 400 | 05-24-04 | 19.88000 | 7,952.00 | 11,628.00 | 3,676.00 | Long Term |
| DOW CHEMICAL CO | | 03-15-05 | 53.84000 | | | | Short Term |
| DTE ENERGY COMPANY | | 09-30-04 | 42.04000 | | | | Short Term |
| EDISON INTERNATIONAL | | 07-09-04 | 25.59000 | | | | Short Term |
| GENERAL ELECTRIC CO | | 03-13-00 / 03-08-04 | 43.17450 / 31.83000 | | | | Long Term / Long Term |
| GENWORTH FINANCIAL INC CL A | | 05-24-04 | 19.50000 | | | | Long Term |
| HONEYWELL INTERNATIONAL INC | | 03-15-05 | 39.05000 | | | | Short Term |
| KINDER MORGAN INC | | 07-09-04 | 59.93000 | | | | Short Term |
| MANULIFE FINANCIAL CORP | | 04-24-03 | 25.39443 | | | | Long Term |
| MARATHON OIL CO | | 03-25-04 / 03-15-05 | 30.00000 / 46.18000 / 35.39333 | | | | Long Term / Short Term / ADJUSTED 06/15/00 |
| MEDTRONIC INC | | 09-17-98 | 28.37000 | | | | Long Term |

This summary is not part of your account statement. It is for information purposes only and should not be used for tax preparation.

Investments and services are offered through Morgan Stanley DW Inc., member SIPC.

# Morgan Stanley

**ACTIVE ASSETS® CHOICE ACCOUNT**
FOR MONTH ENDING JUNE 30, 2005

Account Number
486-028

PAGE 12 OF 37

ALLAN C EMERY
2 ANCIENT RUBBLY WAY

## Stocks

### Common Stocks

**Unrealized Gain/(Loss)**

| | Quantity | Date Acquired | Unit Cost | Adjusted Total Cost | Market Value | Unrealized Gain/(Loss) | Additional Information |
|---|---|---|---|---|---|---|---|
| ABBOTT LABORATORIES | | 10-20-00 | 46.65005 | | | | Long Term |
| AMGEN INC | | 11-27-01 | 65.69000 | | | | Long Term |
| BP PLC ADS | | 01-29-01 | 52.93350 | | | | Long Term |
| | | 06-04-03 | 43.14000 | | | | Long Term |
| CELANESE CORP SERIES A COM STK | | 03-15-05 | 17.75000 | | | | Short Term |
| CHESAPEAKE ENERGY CORP | | 09-21-04 | 15.47000 | | | | Short Term |
| CHEVRON CORP | | 05-22-00 | 37.68619 | | | | Long Term |
| COGENT SYSTEMS | | 06-23-05 | 27.87000 | | | | Short Term |
| CONOCOPHILLIPS | | 02-21-03 | 25.01500 | | | | Long Term |
| CVS CORPORATION | 400 | 07-19-04 | 21.39000 | 8,556.00 | 11,628.00 | 3,072.00 | Short Term |
| | 200 | 03-15-05 | 26.07000 | 5,214.00 | 5,814.00 | 600.00 | Short Term |
| | 600 | | 22.95000 | 13,770.00 | 17,442.00 | 3,672.00 | Long Term |
| DOLBY CLA A COM STK | | 02-16-05 | 18.00000 | | | | Short Term |
| | | 02-16-05 | 18.00000 | | | | Short Term |
| | | | 18.00000 | | | | |
| DOW CHEMICAL CO | | 02-17-05 | 53.82000 | | | | Short Term |
| | | 03-15-05 | 53.81000 | | | | Short Term |
| | | | 53.81666 | | | | |
| EXXON MOBIL CORP | | 06-25-97 | 16.79216 | | | | Long Term ADJUSTED 06/19/98 |
| | | 10-04-01 | 40.54000 | | | | Long Term |
| | | | 27.02829 | | | | |

This summary is not part of your account statement. It is for information purposes only and should not be used for tax preparation.

Investments and services are offered through Morgan Stanley DW Inc., member SIPC.

# Morgan Stanley

**ACTIVE ASSETS® CHOICE ACCOUNT**
FOR MONTH ENDING JUNE 30, 2005

Account Number 486 - 028

ALLAN C EMERY III TTEE
JANET G ELLIOTT U/W DTD 08/06/1980

PAGE 15 OF 24

## Unrealized Gain/(Loss)

| | Quantity | Date Acquired | Unit Cost | Adjusted Total Cost | Market Value | Unrealized Gain/(Loss) | Additional Information |
|---|---|---|---|---|---|---|---|
| CITIZENS COMMUNICATIONS CO | | 11-18-04 | 14.20000 | | | | Short Term |
| COGENT SYSTEMS | | 06-23-05 | 27.87950 | | | | Short Term |
| | | | 13.51714 | | | | |
| CONS EDISON INC (HLDG CO) | | 05-11-04 | 37.74000 | | | | Long Term |
| CVS CORPORATION | 1,600 | 09-18-03 | 15.53500 | 24,856.00 | | 21,656.00 | Long Term |
| DANAHER CORP | | 05-20-05 | 53.18000 | | | | Short Term |
| DTE ENERGY COMPANY | | 09-27-04 | 41.61000 | | | | Short Term |
| EDISON INTERNATIONAL | | 07-09-04 | 25.45000 | | | | Short Term |
| ENERGY CORP NEW | | 02-08-05 | 71.19000 | | | | Short Term |
| EXXON MOBIL CORP | | 10-04-01 | 40.54000 | | | | Long Term |
| | | 03-17-04 | 42.47000 | | | | Long Term |
| | | | 41.34416 | | | | |
| FAIRPOINT COMMUNICATIONS, INC | | 04-15-05 | 15.24930 | | | | Short Term |
| FIRST DATA CORP | | 11-04-03 | 35.95000 | | | | Long Term ADJUSTED 10/11/04 |
| | | 01-22-04 | 39.77000 | | | | Long Term |
| | | | 38.24200 | | | | |
| STENERGY CORP | | 06-14-05 | 45.54000 | | | | Short Term |
| FOUNDATION COAL HOLDINGS, INC | | 12-14-04 | 21.94000 | | | | Short Term |
| | | 01-10-05 | 21.14000 | | | | Short Term |
| | | | 21.54000 | | | | |
| GENERAL ELECTRIC CO | | 10-15-99 | 39.33165 | | | | Long Term |
| | | 03-13-00 | 43.45948 | | | | Long Term |
| | | 10-23-00 | 50.32380 | | | | Long Term |
| | | 03-08-04 | 31.83000 | | | | Long Term |
| | | | 40.34341 | | | | |

*This summary is not part of your account statement. It is for information purposes only and should not be used for tax preparation.*

Investments and services are offered through Morgan Stanley DW Inc. member SIPC

