Michael S. Lottman
1056 Wildlife Trail (P.O. Box 486)
Kingston Springs, TN 37082

July 26, 2005

Clerk of the Court
United States District Court (D. Mass.)
One Courthouse Way
Boston, MA 02210

Re:  Krantz v. Ryan and CVS,
     C.A. No. 01-11464-JLT

Dear Sir/Madam:

This letter is to object to the proposed settlement in the above action (as described in the notice of pendency and settlement dated June 24, 2005), and in particular to the award of up to $750,000 to plaintiffs' counsel for fees and expenses in connection with this abuse of the judicial process.

Of course I was not notified or consulted as to whether I wished my name to be used in a frivolous lawsuit designed only to enrich my so-called lawyers. The allegations in this lawsuit, now that I see them in the June 24 notice, are extremely unpersuasive and seem to refer only to the normal risks of doing business, or of investing in that business; certainly in my case things have not worked out that badly, as my stock has almost doubled in value over the 28 months that I have owned it.

Not surprisingly, the so-called settlement in this case is just seven lines of meaningless verbiage that entails no benefit to me or anyone else.  And of course CVS is now off the hook for anything it actually may have done, since the settlement releases it from liability for any claims that could or should have been asserted.  The proposed settlement in this case, and indeed the case itself, are nullities and the Court should not lower itself to "approving" a nullity just so a few lawyers can have a payday.

I do not intend to testify at the hearing in this matter on September 7, 2005, as I see no need to travel to Boston in order to state what is painfully

obvious. I do enclose a copy of the relevant page from my brokerage account to establish my ownership of CVS stock – although I do not see why I should be held to a higher standard of proof than the lawyers in this case have ever been.

Sincerely,

Michael S. Lottman

cc:   Robert I. Harwood, Esq.
      Wechsler Harwood LLP
      488 Madison Avenue – 8th floor
      New York, NY 10022

      Dennis E. Glazer, Esq.
      Davis Polk & Wardwell
      450 Lexington Avenue
      New York, NY 10017

# MorganStanley

MICHAEL S. LOTTMAN
1056 WILDLIFE TRAIL

## ACTIVE ASSETS® CHOICE ACCOUNT
### FOR MONTH ENDING JUNE 30, 2005

Account Number
737 042770 001

PAGE 14 OF 26

| | Quantity | Date Acquired | Unit Cost | Adjusted Total Cost | Market Value | Unrealized Gain/(Loss) | Additional Information |
|---|---|---|---|---|---|---|---|
| **Unrealized Gain/(Loss)** | | | | | | | |
| CISCO SYS INC | 350 | 10-11-02 | 10.18000 | 3,563.00 P | 6,678.00 | 3,115.00 | Long Term ADJUSTED 11/17/03 |
| | 185 | 10-17-02 | 10.60367 | 1,961.68 | 3,529.80 | 1,568.12 | Long Term |
| | 1,365 | | | 14,471.33 | 26,044.20 | 11,572.87 | |
| CITIGROUP INC | 35 | 01-24-00 | 39.17457 | 1,371.11 | 1,618.05 | 246.94 | Long Term |
| | 40 | 08-07-01 | 47.18025 | 1,887.21 | 1,849.20 | (38.01) | Long Term |
| | 45 | 08-26-02 | 33.98800 | 1,529.46 | 2,080.35 | 550.89 | Long Term |
| | 80 | 01-07-04 | 49.63000 | 3,970.40 | 3,698.40 | (272.00) | Long Term |
| | 100 | 09-14-04 | 47.27000 | 4,727.00 | 4,623.00 | (104.00) | Short Term |
| | 300 | | 44.95060 | 13,485.18 | 13,869.00 | 383.82 | |
| COCA COLA CO | 60 | 08-08-03 | 44.82366 | 2,689.42 | 2,505.00 | (184.42) | Long Term |
| | 40 | 01-07-04 | 49.91000 | 1,996.40 | 1,670.00 | (326.40) | Long Term |
| | 100 | 09-14-04 | 43.09000 | 4,309.00 | 4,175.00 | (134.00) | Short Term |
| | 200 | | 44.97410 | 8,994.82 | 8,350.00 | (644.82) | |
| COHEN&STEERS ADVG INC RLTY FD | 2,000 | 10-11-02 | 13.83000 | 27,660.00 P | 44,400.00 | 16,740.00 | Long Term ADJUSTED 06/17/03 |
| CONOCOPHILLIPS | 150 | 08-07-01 | 28.36000 | 4,254.00 | 8,623.50 | 4,369.50 | Long Term |
| | 50 | 01-07-04 | 32.83000 | 1,641.50 | 2,874.50 | 1,233.00 | Long Term |
| | 200 | | 29.47750 | 5,895.50 | 11,498.00 | 5,602.50 | |
| CVS CORPORATION | 190 | 02-12-03 | 12.65747 | 2,404.92 | 5,523.30 | 3,118.38 | Long Term |
| | 140 | 11-18-03 | 17.94479 | 2,512.27 | 4,069.80 | 1,557.53 | Long Term |
| | 70 | 01-07-04 | 17.58000 | 1,230.60 | 2,034.90 | 804.30 | Long Term |
| | 400 | | 15.36947 | 6,147.79 | 11,628.00 | 5,480.21 | |
| EMC CORP MASS | 140 | 04-25-03 | 8.83807 | 1,237.33 | 1,919.40 | 682.07 | Long Term |
| | 195 | 08-08-03 | 11.27841 | 2,199.29 | 2,673.45 | 474.16 | Long Term |
| | 335 | | 10.25856 | 3,436.62 | 4,592.85 | 1,156.23 | |
| EXXON MOBIL CORP | 100 | 08-07-01 | 40.95000 | 4,095.00 | 5,747.00 | 1,652.00 | Long Term |
| | 166 | 10-11-02 | 34.21000 | 5,678.86 P | 9,540.02 | 3,861.16 | Long Term ADJUSTED 06/17/03 |
| | 134 | 01-07-04 | 40.66000 | 5,448.44 | 7,700.98 | 2,252.54 | Long Term |
| | 100 | 07-15-04 | 45.47000 | 4,547.00 | 5,747.00 | 1,200.00 | Short Term |
| | 500 | | 39.53860 | 19,769.30 | 28,735.00 | 8,965.70 | |

This summary is not part of your account statement. It is for information purposes only and should not be used for tax preparation.

Investments and services are offered thro___ Morgan Stanley DW Inc., member SIPC.